# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADIUS J. HOLLAND,<br><br>         Plaintiff,<br><br>    v.<br><br>TORRES, *et al.*,<br><br>         Defendants. | Case No. 1:24-cv-00557-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT **PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Thadius J. Holland ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on May 10, 2024, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2).

Plaintiff's complaint indicates that Plaintiff was in custody at the time this action was filed. However, Plaintiff's motion does not contain a signed authorization permitting withdrawals from his inmate trust account. Therefore, Plaintiff has completed the wrong version of the *in forma pauperis* application. Plaintiff must submit the correct form, completed and signed, together with a certified copy of his trust account statement, if he wishes for his application to be considered.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without prejudice;
2. The Clerk of the Court is directed to serve this order and a **prisoner** application to proceed *in forma pauperis* on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a prisoner, completed and signed, together with a certified copy of his trust account statement, or in the alternative, pay the $405.00 filing fee for this action; and
4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: __May 13, 2024__                   /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2