# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADIUS J. HOLLAND,<br><br>                Plaintiff,<br><br>        v.<br><br>TORRES, *et al.*,<br><br>                Defendants. | Case No.: 1:24-cv-00557-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS APPLICATION* WITHOUT PREJUDICE<br>(ECF No. 6)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

Plaintiff Thaddius J. Holland ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on May 10, 2024, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2).

Plaintiff's original motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 did not contain a signed authorization permitting withdrawals from his inmate trust account or a certified copy of his trust account statement. The Court denied the motion, without prejudice, and directed Plaintiff to submit the correct form, completed and signed, together with a certified copy of his trust account statement. (ECF No. 4.)

On May 28, 2024, Plaintiff submitted a new application to proceed *in forma pauperis*. (ECF No. 6.) Although the application includes a certified copy of Plaintiff's trust account

1

statement, the application is not signed by Plaintiff.  Plaintiff must submit a signed and completed form if he wishes for the application to be considered.  **Plaintiff is not required to submit a new certified copy of his inmate trust account statement**.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 6), is DENIED, without prejudice;
2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, **completed and signed**, or in the alternative, pay the $405.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **May 28, 2024**                    /s/ *Barbara A. McAuliffe*          
                                                              UNITED STATES MAGISTRATE JUDGE