1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| THADIUS J. HOLLAND, | Case No.  1:24-cv-00557-JLT-BAM (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANT GISH TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED |
| v. | |
| TORRES, *et al.*, | (ECF No. 31) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY |
| | **THIRTY (30) DAY DEADLINE** |

11
12
13
14
15
16
17
18

19      Plaintiff Thadius J. Holland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

20  *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against

21  Defendants Guadalupe Torres and Candice Gish ("Defendants") for deliberate indifference to

22  medical care in violation of the Eighth Amendment.

23      On February 18, 2025, the Court issued an order directing service on Defendants under

24  the Court's E-Service pilot program for civil rights cases for the Eastern District of California.

25  (ECF No. 22.)  Although Defendant Gish was unable to be electronically served, CDCR provided

26  a last known address in Long Beach, California.  Service documents for Defendant Gish were

27  then forwarded to the United States Marshals Service.[1]  (ECF Nos. 26, 27.)

28  _____
[1] Defendant Torres was electronically served and filed a waiver of service on May 13, 2025.  (ECF No. 30.)

1

On April 17, 2025, the matter was forwarded to the Central District of California for personal service on Defendant Gish, and on May 16, 2025, the United States Marshal filed a USM-285 form indicating that on April 22, 2025, Defendant Gish's manager was personally served at the Long Beach address.  (ECF No. 31.)  The deadline for the filing of Defendant Gish's answer to the complaint was therefore May 13, 2025.  Fed. R. Civ. P. 12(a)(1)(A)(i).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Gish shall show cause why default should not be entered against her;

2. To facilitate the ability to comply with this order, Defendant Gish's obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and

3. The Clerk's Office shall serve a courtesy copy of this order on Defendant Candice Gish at the Long Beach address listed in the May 16, 2025, USM-285 form, (ECF No. 31).

IT IS SO ORDERED.

Dated:   **May 26, 2025**               /s/ *Barbara A. McAuliffe*          _
                                                           UNITED STATES MAGISTRATE JUDGE

---

Defendant Torres' answer is therefore due on or before June 13, 2025.  (ECF Nos. 22, 26.)

2