UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THADIUS J. HOLLAND,

          Plaintiff,

    v.

TORRES, *et al.*,

          Defendants.

No.  1:25-cv-00557 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO DISMISS BY CANDICE GISH

(Docs. 33, 53)

Thadius J. Holland alleges defendants Guadalupe Torres and Candice Gish were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Defendant Gish moved to dismiss the operative first amended complaint under Federal Rule of Civil Procedure 12(b)(6).  (Doc. 33.)

On March 3, 2026, the magistrate judge issued findings and recommendations that recommended defendant Gish's motion to dismiss be denied.  (Doc. 53.)  The Court served the findings and recommendations on all parties and informed them that any objections were due within 14 days.  (*Id.*)  The Court advised the parties that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal."  (*Id.* at 11, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  No party has filed objections and the time in which to do so has expired.

///

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 3, 2026, (Doc. 53), are **ADOPTED**.

2. The motion to dismiss by defendant Candice Gish, (Doc. 33), is **DENIED**.

3. The matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

UNITED STATES DISTRICT JUDGE