# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THADIUS J. HOLLAND,

          Plaintiff,

   v.

TORRES, *et al.*,

          Defendants.

Case No.  1:24-cv-00557-JLT-BAM (PC)

ORDER FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT WITHIN **TWENTY-ONE (21) DAYS**

Plaintiff Thomas J. Holland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

Following the District Judge's orders adopting the findings and recommendations and denying Defendants' motions to dismiss, this action proceeds on Plaintiff's first amended complaint against Defendants Torres and Gish for deliberate indifference to medical care in violation of the Eighth Amendment.  (*See* ECF Nos. 55, 56.)

Accordingly, Defendants Torres and Gish are HEREBY ORDERED to file a response to the complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 29, 2026**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1