# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THADIUS J. HOLLAND,

      Plaintiff,

   v.

TORRES, *et al.*,

      Defendants.

Case No.  1:24-cv-00557-JLT-BAM (PC)

ORDER CONTINUING SETTLEMENT CONFERENCE AND EXTENDING RELATED DEADLINES PURSUANT TO PARTIES' STIPULATION (ECF No. 62)

**Date:  December 8, 2026, at 9:30 a.m.**

Plaintiff Thadius J. Holland ("Plaintiff") is a state prisoner now represented by counsel and proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Torres and Gish for deliberate indifference to medical care in violation of the Eighth Amendment.

A video settlement conference in this matter is currently scheduled on August 6, 2026, at 1:30 p.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 60.)

On June 5, 2026, the parties filed a stipulation to continue the settlement conference and to reset all related deadlines.  (ECF No. 62.)  The parties explain that Plaintiff's counsel appeared in this action on June 1, 2026, and counsel needs additional time to obtain and review medical records, communicate with Plaintiff, who is incarcerated, and evaluate the case and settlement posture.  (*Id.*)  The parties therefore request the settlement conference be continued and scheduled no earlier than December 2026.  The parties also request that all related deadlines, including the

1

deadline for Defendants to file a Notice of Opt-Out and Request to Vacate Settlement Conference, be continued and reset.  (*Id.*)

Having considered the parties' stipulation, and good cause appearing, the video settlement conference is continued to **December 8, 2026, at 9:30 a.m.**  The Court will issue any necessary transportation writ in due course.

Accordingly, it is HEREBY ORDERED as follows:

1. The video settlement conference is continued to **December 8, 2026, at 9:30 a.m.**

2. Counsel for all parties shall contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendant Torres from the California State Attorney General's Office is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

3. The parties shall provide confidential settlement statements, as specified in the Court's April 23, 2026 order, (ECF No. 60), to the following email address: saborders@caed.uscourts.gov, no later than **December 1, 2026**.

4. If defense counsel for either defendant wishes to "opt-out" of this settlement for the reasons stated in the Court's April 23, 2026 order, counsel must do so within **forty-five (45) days** of this order by filing a "Notice of Opt-Out and Request to Vacate Settlement Conference."

IT IS SO ORDERED.

Dated:   **June 10, 2026**                   /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2