# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THADIUS J. HOLLAND,

           Plaintiff,

    v.

TORRES, *et al.*,

           Defendants.

Case No.  1:24-cv-00557-JLT-BAM (PC)

ORDER REGARDING PROPOSED SUBSTITUTION OF ATTORNEY

(ECF No. 64)

On July 8, 2026, Defendant C. Gish filed a proposed substitution of attorney form seeking to substitute Casey Trang of the California Attorney General's Office as counsel of record in place of attorneys Cynthia Lawrence and Blaze Van Dine.  (ECF No. 64.)  However, attorney Blaze Van Dine has not signed consent to the proposed substitution.  Accordingly, Defendant C. Gish is directed to submit a proposed substitution form signed by all withdrawing counsel.

IT IS SO ORDERED.

    Dated:   **July 9, 2026**

                                      /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

1